# Defendant's Exhibit B

Certificates from Wyatt Detention Facility (3)



DONALD W. WYATT DETENTION FACILITY

Certificate of Completion

is hereby granted to

Dakota Nieves

to certify that he/she has completed to satisfaction

Juvenile Sex Offender Treatment Workbook

Granted: August 28, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator

Defendant's Ex. B

DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

## Dakota Nieves

to certify that he/she has completed to satisfaction

## Cognitive Behavioral Therapy

Granted: September 24th, 2019

*Nicole E. Rodrigues, LMHC, Mental Health Provider*

© 2019 Great Papers

Defendant's Ex. B

DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

## Dakota Nieves

to certify that he/she has completed to satisfaction

### Coping With The Transition Workbook

Granted: September 24th, 2019

_____
Nicole E. Rodrigues, LMHC, Mental Health Provider

© 2019 Great Papers

Defendant's Ex. B