# Defendant's Exhibit D

Letter of Daniel W. Martin
Warden, Donald W. Wyatt Detention Facility
May 20, 2021

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

May 20, 2021

Hon. Denise J. Casper
John J. Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

The Honorable Judge Casper,

My name is Daniel Martin and I am the Warden at the Wyatt Detention Facility. I have over 35 years of Correctional Experience and over 15 years as a Correctional Warden. Prior to coming to the Wyatt Detention Facility, i was a Warden in the CT. Department of Correction for 25 years,  where ! was assigned as a Warden a two of the agencies male facilities and then as the Warden of the States only female facility. I have extensive experience in managing Male, Female and Transgender detainees.

Ms. Jakob "Dakota" Nieves arrived to Donald W. Wyatt Detention Facility on August 15th, 2019. Once Ms. Nieves's case was reviewed by the Multi-disciplinary Review Board it was determined that the best avenue for Ms. Nieves was that she was to be placed/housed in the facility's female unit based on her specific transgender status and her individualized history. Ms. Nieves is vastly feminine and is currently on hormones which she has been prescribed for several years now. Since her arrival, Ms. Nieves has been meeting with mental health services every one to two weeks. To date, Ms. Nieves has had no issues since being placed in the female unit since that time back in 2019, and has transition very well with the female population.

Ms. Nieves has participated in both individual and group therapy sessions. Ms. Nieves, is able to reflect and discuss her current offense and continues to explore motivation for change Ms. Nieves has great self-awareness of her mental health struggles, as well as her stages within her transition. She continues to advocate for herself appropriately, and displays positive coping skills such as reading, writing, drawing, speaking with her mother who appears to be one of her main supports and socializing with her peers. Ms. Nieves currently holds employment within her assigned housing unit as a Unit Cleaner which she expresses she enjoys. It should be noted that, Ms. Nieves has remained disciplinary free throughout her stay at the facility. She has not taken part in any negative behaviors, has not engaged in self-injury, and has maintained behavioral control despite her circumstances. Ms. Nieves has also adjusted positively to her environment, this being her very first incarceration. She is pleasant to both her peers and staff alike when engaging with others.

I attribute this positive institutional adjustment due to the facility being open to how Ms. Nieves identifies with her gender. Her social relationships on the outside were examined to assist in helping the Multi-Disciplinary Team of the Warden, Major, Director of Health

Defendant's Ex. D

Services, Mental Health Coordinator and Programs Specialist determining where and how to house her. She has met and exceeded every benchmark we have set for her.

The goal of this letter is to strongly encourage the Court and the Federal Bureau of Prisons to evaluate the ability for Ms. Nieves to be assigned to a Female facility and or a facility that specializes in the management of Transgender Detainees within the Federal Bureau of Prisons.

I am of the professional opinion that this assignment would prove to be safer and more emotionally supportive to Ms. Nieves as she begins her sentence within the Federal Bureau of Prisons.

As a Correctional professional, I would be remiss if I did not express my professional opinion about where I feel Ms. Nieves should be housed, one of which is a Safe, Secure and Humane environment for Ms. Nieves to serve her time which can meet her institutional needs.

Please feel free to contact me with any questions or concerns.

Sincerely,

Daniel W. Martin
Warden